```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

JEAN G. DELVA on his
own behalf and on
the behalf of those
similarly situated,

     Plaintiff,

v.                                           Case No. 2:07-cv-802-FtM-99DNF

CEMEX, INC., a Florida
corporation,

     Defendant.
_____/


## NOTICE OF CANCELLATION OF MEDIATION

    PLEASE TAKE NOTICE that the mediation previously scheduled for December 17, 2008 at 1:30 p.m. at the office of the undersigned at 3001 West Azeele Street, Tampa, Florida 33609 has been canceled by agreement of counsel.

    Respectfully submitted on December 15, 2008.

                                    /s/ Peter J. Grilli
                                  Peter J. Grilli, Esq.
                                  Florida Bar No. 237851
                                  Mediator
                                  3001 West Azeele Street
                                  Tampa, Florida 33609
                                  813.874.1002  Fax: 813.874.1131
                                  email: meditr@aol.com

    I HEREBY CERTIFY that December 15, 2008 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Carlos V. Leach, Esquire | Kathleen A. Liever, Esquire |
| | Kevin D. Zwetsch, Esquire |

/s/ Peter J. Grilli
Peter J. Grilli, Esq.