UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN G. DELVA, on his own behalf and o behalf
of those similarly situated,
                      Plaintiff,

-vs-                                        Case No. 2:07-cv-802-FtM-99DNF

CEMEX, INC., a Florida corporation,
                        Defendant.
_____

## ORDER

This matter comes before the Court *sua sponte*. The Court has scheduled a Hearing and Settlement Conference before the undersigned for Thursday, February 4, 2010. See January 15, 2010 Order (Doc. #138). The United States District Court, Middle District of Florida, Local Rule 4.11(b) prohibits the use of certain electronic equipment, including cellular phones and laptop computers, unless otherwise approved by the judge. Id. Because a cellular phone and laptop may be necessary for this proceeding, the Court will permit counsel for the parties to bring electronic equipment, specifically a cellular phone and a laptop computer into the United State District Courthouse in Fort Myers for the above scheduled hearing. ACCORDINGLY, it is hereby

**ORDERED**:

Counsel for parties are permitted to bring one (1) cellular phone and one (1) laptop to the proceeding before the undersigned scheduled for Thursday, February 4, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of February, 2010.

                                                        SHERI POLSTER CHAPPELL
                                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record