# EXHIBIT "B"

# THE REPORTING COMPANY

*201 N. MAGNOLIA AVENUE, SUITE 101*
*ORLANDO, FLORIDA  32801*
*407-423-9900   FAX 407-841-2779*
*1-800-299-4115*

CARLOS LEACH, ESQUIRE
MORGAN & MORGAN
20 NORTH ORANGE AVENUE
16TH FLOOR
ORLANDO, FL  32801

March 30, 2010

**Invoice#** 20073490

**Balance:**          $.00

**Re:** JEAN G. DELVA V. CEMEX, INC.
 on 04/29/09
 by Kidd, Sandra

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITIONS OF: CRAIG THOMAS, 33 PAGES; KEITH NICHOLSON, 39 PAGES; JEAN DELVA, 29 PAGES | |
| COPY - 101 PAGES | 287.85 |
| EXHIBITS - 30 PAGES | 9.00 |
| DELIVERY AND HANDLING | 10.00 |

1.50% per month on unpaid balance

|  |  |
|---|---|
|  | 4.60 |
| Sub Total: | 311.45 |
| - Payments/Credits: | 311.45 |
| **P l e a s e   R e m i t   - - - >**  **Total Due:** | **$.00** |

*TAX ID #59-1937999*
*PAYMENT NOT CONTINGENT UPON CLIENT REIMBURSEMENT*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68625 | 3/17/2009 | 95069 |

| Job Date | Case No. |
|---|---|
| 2/19/2009 | 2:07-CV-802-FTM-99DNF |

| Case Name |
|---|
| Delva, Jean vs Cemex |

| Payment Terms |
|---|
| Due upon receipt |

**First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

Deposition transcript - Original & 1 copy of:
   Patrick Strader     289.00
      Exhibit     6.00 Pages     2.70
      Hourly
      Additional hours     0.50 Hours     27.50

**TOTAL DUE >>>**     **$319.20**
AFTER 4/16/2009 PAY     $351.12

Payment is not contingent upon client reimbursment.

(-) Payments/Credits:     319.20
(+) Finance Charges/Debits:     31.92
(=) New Balance:     0.00

**Tax ID:** 59-347-3648     Phone: 407-420-1414 (618)     Fax: 407-841-9520

*Please detach bottom portion and return with payment.*

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

Job No. : 95069     BU ID : Out State
Case No. : 2:07-CV-802-FTM-99DNF
Case Name : Delva, Jean vs Cemex

Invoice No. : 68625     Invoice Date : 3/17/2009
**Total Due : $0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:     First-Choice Reporting Services, Inc.
121 South Orange Avenue
Suite 800
Orlando, FL 32801

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68540 | 3/2/2009 | 95058 |
| Job Date | Case No. | |
| 2/19/2009 | 2:07-CV-802-FTM-99DNF | |
| Case Name | | |
| Delva, Jean vs Cemex | | |
| Payment Terms | | |
| Due upon receipt | | |

**First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

Deposition transcript - Original & 1 copy of:
   Dave Tiller     568.50
      Exhibit    2.00 Pages    0.90
      Hourly    2.00 Hours

          TOTAL DUE >>>    **$569.40**
          AFTER 4/1/2009 PAY    $626.34

Payment is not contingent upon client reimbursment.

      (-) Payments/Credits:    569.40
      (+) Finance Charges/Debits:    56.94
      (=) New Balance:    **0.00**

**Tax ID:** 59-347-3648      Phone: 407-420-1414 (618)   Fax: 407-841-9520

*Please detach bottom portion and return with payment.*

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

Job No.    : 95058     BU ID    : Tampa
Case No.    : 2:07-CV-802-FTM-99DNF
Case Name    : Delva, Jean vs Cemex

Invoice No.    : 68540     Invoice Date    : 3/2/2009
**Total Due**    : **$0.00**

**Remit To:** First-Choice Reporting Services, Inc.
121 South Orange Avenue
Suite 800
Orlando, FL 32801

**PAYMENT WITH CREDIT CARD**  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75260 | 7/14/2009 | 104003 |
| Job Date | Case No. | |
| 6/29/2009 | 2:07-CV-802-FTM-99DNF | |
| Case Name | | |
| Delva, Jean vs Cemex | | |
| Payment Terms | | |
| Due upon receipt | | |

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

EXPEDITE - Deposition transcript - Original & 1 copy of:

| | | |
|---|---|---|
| Eric C. Sohlgren | | 704.30 |
| Exhibit | 20.00 Pages | 9.00 |
| Additional hours | | 55.00 |
| Hourly | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$768.30** |
| AFTER 8/13/2009 PAY | $845.13 |
| (-) Payments/Credits: | 768.30 |
| (+) Finance Charges/Debits: | 76.83 |
| (=) New Balance: | 0.00 |

Payment is not contingent upon client reimbursment.

**Tax ID:** 59-347-3648

Phone: 407-420-1414 (618)   Fax: 407-841-9520

*Please detach bottom portion and return with payment.*

---

Carlos Leach, Esq.
Morgan & Morgan
20 North Orange Avenue
16th Floor
Orlando, FL 32801

| | | | |
|---|---|---|---|
| Job No. | : 104003 | BU ID | : Out State |
| Case No. | : 2:07-CV-802-FTM-99DNF | | |
| Case Name | : Delva, Jean vs Cemex | | |
| Invoice No. | : 75260 | Invoice Date | : 7/14/2009 |
| **Total Due** | **: $0.00** | | |

Remit To: **First-Choice Reporting Services, Inc.**
**121 South Orange Avenue**
**Suite 800**
**Orlando, FL 32801**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone #: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

## THE REPORTING COMPANY
*201 N. MAGNOLIA AVENUE, SUITE 101*
*ORLANDO, FLORIDA 32801*
*407-423-9900  FAX 407-841-2779*
*1-800-299-4115*

CARLOS LEACH, ESQUIRE
MORGAN & MORGAN
20 NORTH ORANGE AVENUE
16TH FLOOR
ORLANDO, FL  32801

March 30, 2010

**Invoice#** 20073843

**Balance:**         $.00

Re: JEAN G. DELVA V. CEMEX, INC.
     on 06/12/09
     by Craft, Lisa

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: JAMES SHELTON LEE | |
| ATTENDANCE FEE: 10:00-11:05 | 75.00 |
| ORIGINAL & COPY - 48 PAGES | 184.80 |
| EXHIBITS - 1 PAGE | .30 |
| DELIVERY AND HANDLING | 10.00 |

1.50% per month on unpaid balance

|  | |
|---|---|
| Sub Total: | 270.10 |
| - Payments/Credits: | 270.10 |
| **P l e a s e   R e m i t  - - - >  Total Due:** | **$.00** |

*TAX ID #59-1937999*
*PAYMENT NOT CONTINGENT UPON CLIENT REIMBURSEMENT*

# THE REPORTING COMPANY
*201 N. MAGNOLIA AVENUE, SUITE 101*
*ORLANDO, FLORIDA 32801*
*407-423-9900  FAX 407-841-2779*
*1-800-299-4115*

CARLOS LEACH, ESQUIRE
MORGAN & MORGAN
20 NORTH ORANGE AVENUE
16TH FLOOR
ORLANDO, FL  32801

March 30, 2010

**Invoice#** 20073845

**Balance:**          $.00

**Re:** JEAN G. DELVA V. CEMEX, INC.
on 06/11/09
by Waers, Nadine

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: JOSE DELAGARZA | |
| ATTENDANCE FEE: 10:00-12:37 | 185.00 |
| ORIGINAL & COPY - 106 PAGES | 408.10 |
| EXHIBITS - 4 PAGES | 1.20 |

1.50% per month on unpaid balance

Sub Total: 594.30
- Payments/Credits: 594.30
P l e a s e   R e m i t  - - >  Total Due: $.00

*TAX ID #59-1937999*
*PAYMENT NOT CONTINGENT UPON CLIENT REIMBURSEMENT*

## THE REPORTING COMPANY
*201 N. MAGNOLIA AVENUE, SUITE 101*
*ORLANDO, FLORIDA  32801*
*407-423-9900   FAX 407-841-2779*
*1-800-299-4115*

CARLOS LEACH, ESQUIRE
MORGAN & MORGAN
20 NORTH ORANGE AVENUE
16TH FLOOR
ORLANDO, FL  32801

March 30, 2010

**Invoice#** 20073334

**Balance:**          $.00

**Re**: JEAN G. DELVA V. CEMEX, INC.
*on 04/29/09*
*by Kidd, Sandra*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITIONS OF: CRAIG THOMAS, KEITH NICHOLSON PER DIEM: 9:00-11:30 | 185.00 |

1.50% per month on unpaid balance

|  |  |
|---|---|
|  | 5.60 |
| Sub Total: | 190.60 |
| - Payments/Credits: | 190.60 |
| **P l e a s e    R e m i t   - - - >**  Total Due: | **$.00** |

*TAX ID #59-1937999*
*PAYMENT NOT CONTINGENT UPON CLIENT REIMBURSEMENT*